UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24538-CIV-JAL

SANTOS MARTINEZ a/k/a SANTOS )
MARTINEZ NAJARRO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
NIDO CAFFE 110 LLC d/b/a NI.DO. CAFFE )
& MOZZARELLA BAR, )
DAIAN ESCALANTE, )
)
        Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Time and One-half Overtime Claim (11/8/15-10/25/16):**

Amount of Time and One-half time per hour not compensated: $28.12

Weeks: 50

Overtime hours per week: 17.5

Total wages unpaid and liquidated damages: $24,605 X 2 = $49,210

*Plaintiff seeks all fees and costs under the FLSA.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:      /s/ K. David Kelly**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 11/17/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:      /s/ K. David Kelly**
**K. DAVID KELLY, ESQ.**