UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24538-CIV-JAL

SANTOS MARTINEZ a/k/a SANTOS )
MARTINEZ NAJARRO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiff, )
vs. )
)
NIDO CAFFE 110 LLC d/b/a NI.DO. CAFFE )
& MOZZARELLA BAR, )
DAIAN ESCALANTE, )
)
         Defendants. )
_____ )

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE13]**

COMES NOW the Plaintiff, by and through the undersigned, and files this response to the Court's Order to Show Cause [DE13] and in support thereof states as follows:

On November 22, 2016, the Court entered a Show Cause Order [DE13] stating that on November 21, 2016, Plaintiff filed Returns of Service [12] indicating that Defendants Daian Escalante and Nido Caffe 110 LLC were served on October 31, 2016. The Court further stated that over twenty-one days had passed, Defendants had not filed a response, and Ordered Plaintiff to file a Motion for Default or show cause why this case should not be dismissed for lack of prosecution. *Id.*

As Defense Counsel, Pamela Ferretjans, Esq., had reached out to the undersigned to confer regarding Defendants filing a Motion for Extension of Time to file a responsive pleading the undersigned immediately forwarded the Show Cause Order [DE13] to Defense Counsel indicating that she needed to ensure that something was timely filed on

the record so that the Court was put on notice of Defendants' intentions. Thereafter, Defendants filed their Unopposed Motion for Extension of Time [DE16].  As such, Plaintiff did not move for default and herein shows cause why this case should not be dismissed for lack of prosecution as counsel for Defendants has appeared.

    WHEREFORE THE PLAINTIFF SO RESPONDS.

    Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 11/30/16 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:___/s/___Rivkah Jaff_____**
        **RIVKAH JAFF, ESQ.**