UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24538-CIV-JAL

SANTOS MARTINEZ a/k/a SANTOS         )
MARTINEZ NAJARRO  and all others     )
Similarly situated under 29 W.S.C.   )
216(b)                               )
                                     )
         Plaintiff,                  )
    vs.                              )
                                     )
NIDO CAFFE 110 LLC, d/b/a NI.DO.     )
CAFFE & MOZZARELLA BAR,              )
DAIAN ESCALANTE.                     )
                                     )
         Defendants.                 )
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Pursuant to the Court's November 1, 2016 Order (D.E. 9), Defendants, NIDO CAFFE 110 LLC, d/b/a NI.DO. CAFFE & MOZZARELLA BAR, and DAIAN ESCALANTE ("Defendants"), respond to the Statement of Claim (D.E.3) filed by Plaintiff, SANTOS MARTINEZ a/k/a SANTOS MARTINEZ NAJARRO ("Plaintiff"), on November 17, 2016 and served on the undersigned counsel on November 22, 2016 and states as follows:

1. Defendant disputes the preliminary statements contained in Plaintiff's Statement of Claim.

2. Plaintiff worked for Defendant as an hourly cook for Defendant's restaurant from in or about November 2015 through in or about October 2016.

1. Plaintiff's hourly paid was $18.75.

2. During his employment, Plaintiff typically worked six (6) days per work week;

(8) hours per work day; an average of (48) hours per work week.

   3.   Plaintiff was paid 96 hours bi-weekly as follows:

Rate per hour: $18.75

80 hours at the rate of $18.75 per hour = $1,500.00

16 hours at the rate of Time and One-half of $ 28.12 per hour = $ 450.00

Total Gross Pay bi-weekly: $1,950.00

   4.   Plaintiff's wages unpaid are zero.

Respectfully submitted this 11th day of December, 2016.

BY:    /s/ Pamela Ferretjans
Pamela Ferretjans, Esq.
Florida Bar No. 124989
FERRETJANS LAW, PLLC.
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 925-0811
Direct Line: (786) 859-4755
E-mail: PF@PFlawoffice.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 11th day of December 2016, furnished to all interested parties via the CF/ECF filing system.

BY: */s/Pamela Ferretjans*
Pamela Ferretjans, Esq.