UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24538-CIV-JAL

SANTOS MARTINEZ a/k/a SANTOS )
MARTINEZ NAJARRO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                  Plaintiff, )
vs. )
 )
NIDO CAFFE 110 LLC d/b/a NI.DO. CAFFE )
& MOZZARELLA BAR, )
DAIAN ESCALANTE, )
 )
                                                Defendants. )
_____ )

**PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Amended Statement of Claim as follows:

**Time and One-half Overtime Claim (11/8/15-10/25/16):**

Amount of Time and One-half time per hour not compensated: $36.63[1]

Weeks: 50

Overtime hours per week: 17.5

Total wages unpaid and liquidated damages: $32,051.25 X 2 = $64,102.50

*Plaintiff seeks all fees and costs under the FLSA.

---

[1] Plaintiff's "net pay" was inadvertently relied on to calculate Plaintiff's hourly rate instead of relying on Plaintiff's "gross pay" and such is corrected herein.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah Jaff ___
    Rivkah Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 12/23/16 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:__/s/____Rivkah Jaff _____**
        **RIVKAH JAFF, ESQ.**