UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-24538-CIV-LENARD/GOODMAN**

**SANTOS MARTINEZ a/k/a SANTOS MARTINEZ NAJARRO and all others similarly situated under 29 W.S.C. 216(b)**,

    Plaintiff,

vs.

**NIDO CAFFE 110 LLC d/b/a NI.DO. CAFFE & MOZZARELLA BAR, DAIAN ESCALANTE**,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

**THE MEDIATION CONFERENCE** in this matter shall be held with **Cindy Hannah on June 2, 2017 at 2:00 p.m. at Esquire Solutions, 44 West Flagler Street, Suite 1400, Miami, Florida 33130**. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of April, 2017.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**